# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: GILLEY, RANDY DOYLE § | Case No. 12-84674 |
|      GILLEY, DEBORAH LYNN § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 17, 2012. The undersigned trustee was appointed on April 24, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $   8,804.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12.89 |
| Bank service fees | 49.23 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 8,741.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/01/2013 and the deadline for filing governmental claims was 06/15/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,630.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,630.40, for a total compensation of $1,630.40.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2013     By: /s/JAMES E. STEVENS
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84674  
**Case Name:** GILLEY, RANDY DOYLE  
GILLEY, DEBORAH LYNN  
**Period Ending:** 09/25/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/17/12 (f)  
**§341(a) Meeting Date:** 01/17/13  
**Claims Bar Date:** 07/01/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 1 single family residence located at 1227 Ingram,<br>Imported from original petition Doc# 1 | 205,000.00 | 0.00 | | 0.00 | FA |
| 2 cash<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 3 checking Blackhawk State Bank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 savings Blackhawk State Bank<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 bed, dresser, sofa, loveseat 3 chairs, 2 tbs, vc<br>Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 6 antiques with estimated retail value of $1200.00<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 7 video tapes and dvds with estimated retail value<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 clothing with estimated retail value of $1000.00<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 9 jewelry with estimated retail value of $800.00<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 10 organ with estimated retail value of $200.00<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11 2 cameras with estimated retail value of $200.00<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 woodworking machines with estimated retail value<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 exercise equipment with estimated retail value o<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 Banker's Life (wife is beneficiary)<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 15 American family insurance (husband is beneficiar<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 16 Life insurance with death benefit only.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84674  
**Case Name:** GILLEY, RANDY DOYLE  
GILLEY, DEBORAH LYNN  
**Period Ending:** 09/25/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/17/12 (f)  
**§341(a) Meeting Date:** 01/17/13  
**Claims Bar Date:** 07/01/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Pension<br>Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 18 | 100% ownership of RG & DG Enterprises, Inc. (Ass<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | social security disability claim<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2011 chevy Impala subject to security interest o<br>Imported from original petition Doc# 1 | 18,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2011 utility trailer dealer retail value $200.00<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 22 | fax machine, computer, supplies, wood with estim<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 23 | hand tools with estimated retail value of $2400.<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 24 | lawn mower with estimated retail value of $1200.<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 25 | snow blower with estimated retail value of $400.<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 26 | 2012 Income Tax Refund  (u) | Unknown | 8,804.00 | | 8,804.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$235,200.00** | **$8,804.00** | | **$8,804.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 1, 2013         **Current Projected Date Of Final Report (TFR):**   September 25, 2013  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84674
**Case Name:** GILLEY, RANDY DOYLE
GILLEY, DEBORAH LYNN
**Taxpayer ID #:** **-***4100
**Period Ending:** 09/25/13

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ****962666 - Checking Account
**Blanket Bond:** $277,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/13 | {26} | Randy and Deborah Gilley | 2012 income tax refund | 1224-000 | 8,804.00 | | 8,804.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 8,793.45 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.06 | 8,780.39 |
| 06/11/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #12-84674 | 2300-000 | | 12.89 | 8,767.50 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.77 | 8,755.73 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 8,741.88 |
| | | | **ACCOUNT TOTALS** | | 8,804.00 | 62.12 | $8,741.88 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,804.00 | 62.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,804.00** | **$62.12** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****962666** | 8,804.00 | 62.12 | 8,741.88 |
| | $8,804.00 | $62.12 | $8,741.88 |

{} Asset reference(s)                                                                                 Printed: 09/25/2013 11:16 AM    V.13.13

Printed: 09/25/13 11:16 AM             **Claims Distribution Register**                Page: 1

## Case: 12-84674   GILLEY, RANDY DOYLE

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/17/12 | 200 | James E. Stevens<br><2100-00  Trustee Compensation> | 1,630.40 | 1,630.40 | 0.00 | 1,630.40 | 1,630.40 |
| | | | **Priority 200:   100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/03/13 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 1,871.32 | 1,871.32 | 0.00 | 1,871.32 | 1,871.32 |
| 2 | 04/23/13 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 870.81 | 870.81 | 0.00 | 870.81 | 870.81 |
| 3 | 06/05/13 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 2,184.72 | 2,184.72 | 0.00 | 2,184.72 | 2,184.72 |
| 4 | 06/17/13 | 610 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101<br><7100-00   General Unsecured § 726(a)(2)> | 2,117.54 | 2,117.54 | 0.00 | 2,117.54 | 2,117.54 |
| | | | **Total for Priority 610:   100% Paid** | **$7,044.39** | **$7,044.39** | **$0.00** | **$7,044.39** | **$7,044.39** |
| 5 | 12/17/12 | 620 | OSF St.Anthony Medical Center<br>5510 East State Street<br>Rockford, IL 61108<br><7200-00   Tardy General Unsecured § 726(a)(3)><br>Late filed Claim | 1,528.84 | 1,528.84 | 0.00 | 1,528.84 | 67.09 |
| | | | **Priority 620:   4.38829% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$8,573.23** | **$8,573.23** | **$0.00** | **$8,573.23** | **$7,111.48** |
| | | | **Total for Case :** | **$10,203.63** | **$10,203.63** | **$0.00** | **$10,203.63** | **$8,741.88** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-84674
Case Name: GILLEY, RANDY DOYLE
Trustee Name: JAMES E. STEVENS

**Balance on hand:**    $    8,741.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    8,741.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - James E. Stevens | 1,630.40 | 0.00 | 1,630.40 |

Total to be paid for chapter 7 administration expenses:    $    1,630.40
Remaining balance:    $    7,111.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    7,111.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    7,111.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 7,044.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,871.32 | 0.00 | 1,871.32 |
| 2 | Quantum3 Group LLC as agent for | 870.81 | 0.00 | 870.81 |
| 3 | Capital Recovery V, LLC | 2,184.72 | 0.00 | 2,184.72 |
| 4 | PNC BANK | 2,117.54 | 0.00 | 2,117.54 |

Total to be paid for timely general unsecured claims: $ 7,044.39
Remaining balance: $ 67.09

Tardily filed claims of general (unsecured) creditors totaling $ 1,528.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | OSF St.Anthony Medical Center | 1,528.84 | 0.00 | 67.09 |

Total to be paid for tardy general unsecured claims: $ 67.09
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**