UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: GILLEY, RANDY DOYLE<br>GILLEY, DEBORAH LYNN<br><br>Debtor(s) | § Case No. 12-84674<br>§<br>§<br>§ |

## Amended NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/28/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 09/30/2013          By: /s/JAMES E. STEVENS
                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GILLEY, RANDY DOYLE § | Case No. 12-84674 |
| GILLEY, DEBORAH LYNN § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,804.00 |
| *and approved disbursements of* | $ 62.12 |
| *leaving a balance on hand of* [1] | $ 8,741.88 |
| **Balance on hand:** | $ 8,741.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,741.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - James E. Stevens | 1,630.40 | 0.00 | 1,630.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,630.40 |
| Remaining balance: | $ 7,111.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 7,111.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   7,111.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,044.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,871.32 | 0.00 | 1,871.32 |
| 2 | Quantum3 Group LLC as agent for | 870.81 | 0.00 | 870.81 |
| 3 | Capital Recovery V, LLC | 2,184.72 | 0.00 | 2,184.72 |
| 4 | PNC BANK | 2,117.54 | 0.00 | 2,117.54 |

Total to be paid for timely general unsecured claims:   $   7,044.39
Remaining balance:   $   67.09

Tardily filed claims of general (unsecured) creditors totaling $ 1,528.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | OSF St.Anthony Medical Center | 1,528.84 | 0.00 | 67.09 |

Total to be paid for tardy general unsecured claims:   $   67.09
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                            Case No. 12-84674-TML
Randy Doyle Gilley                                                Chapter 7
Deborah Lynn Gilley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1            Date Rcvd: Oct 01, 2013
                              Form ID: pdf006            Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db/jdb         +Randy Doyle Gilley,   Deborah Lynn Gilley,    1227 Ingram Road,   Rockford, IL 61108-4707
19819923        Comenity Bank/American,    P.O. Box 182789,   Columbus, OH 43218-2789
19819925       +Financial Pacific Leasing,    3455 S. 344 Way Suite 300,   Federal Way, WA 98001-9546
19819927        GMAC Mortgage,   P.O Box 4622,    Waterloo, IA 50704-4622
19819928       +HSBC,   P.O. Box 9068,   Brandon, FL 33509-9068
20693142       +OSF Saint Anthony Medical Center,    5510 East State Street,   Rockford, IL 61108-2381
20613283       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
19819929        PNC Bank Card Services,    One Nee Parkway,   Kalamazoo, MI 49009
19819930       +Ron Gilley,   6903 Montague Road,    Rockford, IL 61102-3741
19819931       +Sears/CBNA,   P.O. Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19819921       +E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2013 02:36:46     Ally,   P.O. Box 380901,
                 Minneapolis, MN 55438-0901
19819922        E-mail/Text: collections@blackhawkbank.com Oct 02 2013 02:41:46     Blackhawk State Bank,
                 400 Broad Street,   Beloit, WI 53511-6223
20571248        E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2013 02:50:27     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19819924        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2013 02:50:50     Discover Financial Services,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
20277634        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2013 02:50:50     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19819926        E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2013 02:52:05     GECRB/Sams,   P.O. Box 965005,
                 Orlando, FL 32896-5005
20374481        E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2013 02:38:57
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                                TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2013 at the address(es) listed below:
              Carole J. Ryczek   on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
              Gary C Flanders   on behalf of Debtor Randy Doyle Gilley garyflanders@sbcglobal.net
              Gary C Flanders   on behalf of Joint Debtor Deborah Lynn Gilley garyflanders@sbcglobal.net
              James E Stevens   on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens   jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
              Peter C Bastianen   on behalf of Creditor   U.S. Bank National Association as Trustee for RASC
               2005-AHL2 ND-Four@il.cslegal.com
                                                                                                TOTAL: 7
```