**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GILLEY, RANDY DOYLE | § Case No. 12-84674 |
| GILLEY, DEBORAH LYNN | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $235,200.00            Assets Exempt: $14,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,111.48        Claims Discharged
                                                  Without Payment: $8,846.75

Total Expenses of Administration: $1,692.52

---

    3) Total gross receipts of $ 8,804.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,804.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,692.52 | 1,692.52 | 1,692.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 12,020.00 | 8,573.23 | 8,573.23 | 7,111.48 |
| **TOTAL DISBURSEMENTS** | $238,020.00 | $10,265.75 | $10,265.75 | $8,804.00 |

  4)  This case was originally filed under Chapter 7 on December 17, 2012. The case was pending for 11 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2013          By: /s/JAMES E. STEVENS
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Income Tax Refund | 1224-000 | 8,804.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,804.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 170,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 4110-000 | 16,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James E. Stevens | 2100-000 | N/A | 1,630.40 | 1,630.40 | 1,630.40 |
| Rabobank, N.A. | 2600-000 | N/A | 10.55 | 10.55 | 10.55 |
| Rabobank, N.A. | 2600-000 | N/A | 13.06 | 13.06 | 13.06 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.89 | 12.89 | 12.89 |
| Rabobank, N.A. | 2600-000 | N/A | 11.77 | 11.77 | 11.77 |
| Rabobank, N.A. | 2600-000 | N/A | 13.85 | 13.85 | 13.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,692.52 | $1,692.52 | $1,692.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 1,995.00 | 1,871.32 | 1,871.32 | 1,871.32 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 560.00 | 870.81 | 870.81 | 870.81 |
| 3 | Capital Recovery V, LLC | 7100-000 | 2,080.00 | 2,184.72 | 2,184.72 | 2,184.72 |
| 4 | PNC BANK | 7100-000 | N/A | 2,117.54 | 2,117.54 | 2,117.54 |
| 5 | OSF St.Anthony Medical Center | 7200-000 | N/A | 1,528.84 | 1,528.84 | 67.09 |
| NOTFILED | Comenity Bank/American | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ron Gilley | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Sams | 7100-000 | 2,185.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk State Bank | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $12,020.00 | $8,573.23 | $8,573.23 | $7,111.48 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84674  
**Case Name:** GILLEY, RANDY DOYLE  
GILLEY, DEBORAH LYNN  
**Period Ending:** 12/09/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/17/12 (f)  
**§341(a) Meeting Date:** 01/17/13  
**Claims Bar Date:** 07/01/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | single family residence located at 1227 Ingram,<br>Imported from original petition Doc# 1 | 205,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 3 | checking Blackhawk State Bank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | savings Blackhawk State Bank<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | bed, dresser, sofa, loveseat 3 chairs, 2 tbs, vc<br>Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 6 | antiques with estimated retail value of $1200.00<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 7 | video tapes and dvds with estimated retail value<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | clothing with estimated retail value of $1000.00<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | jewelry with estimated retail value of $800.00<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 10 | organ with estimated retail value of $200.00<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | 2 cameras with estimated retail value of $200.00<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | woodworking machines with estimated retail value<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | exercise equipment with estimated retail value o<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Banker's Life (wife is beneficiary)<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 15 | American family insurance (husband is beneficiar<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Life insurance with death benefit only.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84674  
**Case Name:** GILLEY, RANDY DOYLE  
GILLEY, DEBORAH LYNN  
**Period Ending:** 12/09/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/17/12 (f)  
**§341(a) Meeting Date:** 01/17/13  
**Claims Bar Date:** 07/01/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Pension  Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 18 | 100% ownership of RG & DG Enterprises, Inc. (Ass  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | social security disability claim  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2011 chevy Impala subject to security interest o  Imported from original petition Doc# 1 | 18,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2011 utility trailer dealer retail value $200.00  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 22 | fax machine, computer, supplies, wood with estim  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 23 | hand tools with estimated retail value of $2400.  Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 24 | lawn mower with estimated retail value of $1200.  Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 25 | snow blower with estimated retail value of $400.  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 26 | 2012 Income Tax Refund  (u) | Unknown | 8,804.00 | | 8,804.00 | FA |
| 26 | Assets    Totals (Excluding unknown values) | **$235,200.00** | **$8,804.00** | | **$8,804.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 1, 2013    **Current Projected Date Of Final Report (TFR):** September 25, 2013  (Actual)

Printed: 12/09/2013 12:50 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84674
**Case Name:** GILLEY, RANDY DOYLE
GILLEY, DEBORAH LYNN
**Taxpayer ID #:** **-***4100
**Period Ending:** 12/09/13

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ****962666 - Checking Account
**Blanket Bond:** $277,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/13 | {26} | Randy and Deborah Gilley | 2012 income tax refund | 1224-000 | 8,804.00 | | 8,804.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 8,793.45 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.06 | 8,780.39 |
| 06/11/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #12-84674 | 2300-000 | | 12.89 | 8,767.50 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.77 | 8,755.73 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 8,741.88 |
| 10/28/13 | 102 | James E. Stevens | Dividend paid 100.00% on $1,630.40, Trustee Compensation; Reference: | 2100-000 | | 1,630.40 | 7,111.48 |
| 10/28/13 | 103 | Discover Bank | Dividend paid 100.00% on $1,871.32; Claim# 1; Filed: $1,871.32; Reference: | 7100-000 | | 1,871.32 | 5,240.16 |
| 10/28/13 | 104 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $870.81; Claim# 2; Filed: $870.81; Reference: | 7100-000 | | 870.81 | 4,369.35 |
| 10/28/13 | 105 | Capital Recovery V, LLC | Dividend paid 100.00% on $2,184.72; Claim# 3; Filed: $2,184.72; Reference: | 7100-000 | | 2,184.72 | 2,184.63 |
| 10/28/13 | 106 | PNC BANK | Dividend paid 100.00% on $2,117.54; Claim# 4; Filed: $2,117.54; Reference: | 7100-000 | | 2,117.54 | 67.09 |
| 10/28/13 | 107 | OSF St.Anthony Medical Center | Dividend paid  4.38% on $1,528.84; Claim# 5; Filed: $1,528.84; Reference: | 7200-000 | | 67.09 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 8,804.00 | 8,804.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 8,804.00 | 8,804.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,804.00 | $8,804.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****962666 | 8,804.00 | 8,804.00 | 0.00 |
| | $8,804.00 | $8,804.00 | $0.00 |

{} Asset reference(s)